**Eric V. MACKLIN, Plaintiff–Appellee,**

v.

**Erick MUECK, a.k.a. Howard Ely, International Library of Poetry, National Library of Poetry, Alex Hanley, Poetry.com, Defendants–Appellants.**

No. 05–17161
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 29, 2006.

Peter Emerson Berlowe, Assouline & Berlowe, P.A., Miami, FL, for Defendants–Appellants.

Eric V. Macklin, Miami, FL, pro se.

Before ANDERSON, BIRCH and WILSON, Circuit Judges.

PER CURIAM:

The defendants, Erick Mueck, International Library of Poetry, National Library of Poetry, Alex Hanley, and "Poetry.com" (collectively, "the defendants"), appeal a default judgment for $300,000 in statutory damages rendered against them for infringing Eric Macklin's copyright of two poems. The defendants claim that the district court erred or abused its discretion (1) by finding that it had subject matter jurisdiction, (2) by finding that the defendants willfully infringed two of Macklin's works, (3) by denying their post-verdict request for a jury trial or an evidentiary hearing to determine damages; and (4) by finding that they were properly served

with filings and motions. After thoroughly considering the briefs and the record, we find no reversible error.

**AFFIRMED.**